[No. 13113-7-II.   Division Two.   September 30, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN
STANLEY BRUNS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap
County, No. 89-1-00057-0, James I. Maddock, J., entered
August 3, 1989. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Petrich, C.J., and Reed, J. Pro Tem.

[No. 11478-3-III.   Division Three.   October 1, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDALL
ALAN HARKEY, *Appellant*.

Appeal from a judgment of the Superior Court for
Spokane County, No. 89-1-01596-1, James M. Murphy, J.,
entered March 11, 1991. *Affirmed* by unpublished opinion
per Thompson, J., concurred in by Shields, C.J., and Munson, J.

[No. 13932-4-II.   Division Two.   October 2, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. IRWIN
R. FREEMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 89-1-01858-8, Karen G. Seinfeld, J., entered
May 24, 1990. *Reversed* by unpublished opinion per Wieland, J. Pro Tem., concurred in by Petrich, C.J., and Pearson, J. Pro Tem.